# Exhibit B

KYLE REINHARDT,

        Plaintiff,

v.

GUIDEHOUSE, INC.,
PRICEWATERHOUSECOOPER LLP, and
KIM CIRKA,

        Defendants.

## DECLARATION OF JENNIFER MOLTZAN

1. I, Jennifer Moltzan, declare as follows pursuant to 28 U.S.C. § 1746:

2. I am employed at Guidehouse Inc. ("Guidehouse") as a Director, Human Capital.

3. Guidehouse is a corporation organized under the laws of the State of Delaware with its principal place of business at 1676 International Drive, McLean, Virginia 22102.

4. Plaintiff Kyle Reinhardt ("Plaintiff") is a former Guidehouse employee. Plaintiff's employment with Guidehouse was terminated on September 23, 2021. At the time of the termination of his employment, Plaintiff's annual base salary at Guidehouse was $275,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2022

*[signature]*

Jennifer Moltzan