# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYLE REINHARDT,<br><br>    Plaintiff,<br><br>  v.<br><br>GUIDEHOUSE, INC.,<br>PRICEWATERHOUSECOOPER LLP, and<br>KIM CIRKA,<br><br>    Defendants. | |

### DECLARATION OF KIM CIRKA

1. I, Kim Cirka, declare as follows pursuant to 28 U.S.C. § 1746:

2. I'm a former partner at PricewaterhouseCoopers LLP ("PwC").

3. I have personal knowledge of one or more PwC partners living in the District of Columbia as of February 2, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2022

                       *Kim Cirka* (signature)
                       Kim Cirka