**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| KYLE REINHARDT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GUIDEHOUSE, INC.; and<br><br>KIM CIRKA<br><br>　　　　　　Defendants. | Civil Action No. 1:22-cv-1237-CKK<br><br>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Kyle Reinhardt respectfully requests leave of the Court to file an amended complaint. Plaintiff's Proposed Amended Complaint is attached hereto as Exhibit A. Counsel for Defendants Guidehouse Inc. and Kim Cirka have stated that they do not consent to the filing of this Proposed Amended Complaint, indicating that all of the claims in the Proposed Amended Complaint are subject to binding arbitration.[1] For the reasons stated below, Plaintiff respectfully requests this Court enter an Order granting Plaintiff leave to file the attached Proposed Amended Complaint. A Proposed Order is attached to this Motion.

Pursuant to Rule 15, a party may amend the complaint only with the opposing party's written consent or with the court's leave. A court should freely give leave unless there is a reason not to and considers five factors: "(1) undue delay; (2) prejudice to the opposing party; (3) futility of the amendment; (4) bad faith; and (5) whether the plaintiff has previously amended the complaint." *White v. Hilton Hotels Ret. Plan*, Civ. A. No. 16-856, 2018 U.S. Dist. LEXIS 11515 at *3 (D.D.C. Jan. 24, 2018) (Kollar-Kotelly, J.). All factors weigh in favor of granting leave to amend and Defendants stated objection relates to the purported arbitrability of the claims in the Proposed Amended Complaint, rather than any of the applicable factors.

The majority of the claims in the Proposed Amended Complaint mirror those stated in Plaintiff's Complaint, and, as Plaintiff has previously argued, those claims are not subject to arbitration.[2] Plaintiff's Proposed Amended Complaint adds an additional claim for relief under the False Claims Act's anti-retaliation provision. *See* 31 U.S.C. § 3730(h). For the reasons stated

---

[1] Undersigned counsel only spoke to counsel for Guidehouse who indicated he had authority to speak on behalf of counsel for Cirka on this issue.

[2] The Proposed Amended Complaint drops the assault claim and so the Court need not address the arguments related to the arbitrability of the assault claim.

in Plaintiff's Opposition to Defendants' Motion to Compel Arbitration (Dkt. No. 14-1 at 38-60), the Section 3730(h) claim is, like all of Plaintiff's claims, not subject to arbitration.

For these reasons, Plaintiff respectfully requests leave of this Court to file the Proposed Amended Complaint attached hereto as Exhibit A.

Dated: June 10, 2022                              **BLACK & BUFFONE PLLC**

By: _s/ Samuel J. Buffone, Jr._
        Samuel J. Buffone, Jr.

Samuel J. Buffone, Jr.
D.C. Bar 1721688
John W. Black
D.C. Bar 989303
1400 Eye St. NW
Suite 200
Washington, D.C. 20005
Telephone: (202) 997-8562
Sam@blackandbuffone.com
John@blackandbuffone.com

***Attorneys for Plaintiff Kyle Reinhardt***

## CERTIFICATE OF SERVICE

  I certify that, on June 10, 2022, I caused this document to be filed electronically through the Court's electronic-filing system, which automatically sent a notice of electronic filing to all counsel of record.

                     __*/s/ Samuel J. Buffone Jr.*___
                       Samuel J. Buffone Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| KYLE REINHARDT,<br><br>   Plaintiff,<br><br> v.<br><br>GUIDEHOUSE, INC.; and<br><br>KIM CIRKA<br><br>   Defendants. | Civil Action No. 1:22-cv-1237-CKK |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Plaintiff Kyle Reinhardt's Motion for Leave to File an Amended Complaint, any Response thereto, any Reply Brief, and the entire record herein, it is on this _____ day of _____, 2022 hereby

ORDERED that Plaintiff Kyle Reinhardt is granted leave to file an amended complaint.

ORDERED that the Clerk shall file the Amended Complaint, attached to Reinhardt's Motion for Leave to Amend as Attachment A.

                   _____
                   Judge Colleen Kollar-Kotelly

Copies to:
John W.H. Harding #1028734
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036
(202) 282-5774 (telephone)
(202) 282-5100 (fax)

Jwharding@winston.com

Stephen L. Sheinfeld, #399612
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700 (telephone)
(212) 294-4700 (fax)
SSheinfe@winston.com

Benjamin M. Ostrander*
WINSTON & STRAWN LLP
35 West Wacker Drive Chicago, IL 60601
(312) 558-5600 (telephone)
(312) 558-5700 (fax)
Bostrander@winston.com
*Attorneys for Defendant Guidehouse Inc.*
*\* pro hac applications pending*

Charles B. Molster, III # 386821
THE LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
(202) 787-1312 (telephone)
cmolster@molsterlaw.com
*Attorney for Defendant Kim Cirka*

Samuel J. Buffone, Jr. #1721688
John W. Black #989303
Black & Buffone PLLC 1400 Eye St. NW
Suite 200
Washington, D.C. 20005
(202) 997-8562
Sam@blackandbuffone.com
John@blackandbuffone.com
*Attorneys for Plaintiff Kyle Reinhardt*